**DAVIS WRIGHT TREMAINE LLP**
Geoffrey S. Brounell
1251 Avenue of the Americas, 42nd Floor
New York, New York 10020
Tel:  (212) 489-8230
geoffreybrounell@dwt.com

*Attorneys for Defendant The GEO Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------- x

DR. RAYNARD E. WASHINGTON, in
his official capacity as Commissioner of
the NEW JERSEY DEPARTMENT OF
HEALTH,

           Plaintiff,

    - against -

 THE GEO GROUP, INC.

          Defendant.

---------------------------------------------------------- :X

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 2:26-cv-06466-JKS-LDW

Motion Day:  July 6, 2026

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that the undersigned attorneys for Defendant The

GEO Group, Inc. ("GEO"), will move before the Honorable Jamel K. Semper,

United States District Court Judge, District of New Jersey, at the Martin Luther King

Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101 on July 6, 2026,

or a date to be assigned by the Court, for an Order, in the form of one of the proposed

orders enclosed herewith, either dismissing the case pursuant to Rule 12(b)(1) of the

Federal Rules of Civil Procedure because Plaintiff lacks Article III standing to

pursue its claims or—in the alternative—joining U.S. Immigration and Customs Enforcement ("ICE") as a necessary party to this action pursuant to Rule 12(b)(7) and Rule 19 of the Federal Rules of Civil Procedure and thereafter dismissing the case with prejudice pursuant to Rule 19(b) of the Federal Rules of Civil Procedure after concluding that joinder of ICE is infeasible due to the doctrine of sovereign immunity.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, GEO shall rely on (i) its memorandum of law in support of its motion, filed herewith, (ii) the Declaration of Helen Grimes, with all exhibits attached thereto; and (iii) and (ii) the Declaration of Daniel Ragsdale.

**PLEASE TAKE FURTHER NOTICE** that two proposed orders granting the motion are also submitted herewith.

Dated: June 12, 2026

DAVIS WRIGHT TREMAINE LLP

By: */s/ Geoffrey S. Brounell*
     Geoffrey S. Brounell

1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
geoffreybrounell@dwt.com

*Attorneys for The GEO Group, Inc.,*