**UNITED STATES DISTRICT COURT
OF NEW JERSEY**

--------------------------------------------------------------------------------- x

DR. RAYNARD E. WASHINGTON, in
his official capacity as Commissioner of
the NEW JERSEY DEPARTMENT OF
HEALTH,

                Plaintiff,

          - against -

THE GEO GROUP, INC.,

               Defendant.

--------------------------------------------------------------------------------- x

No. 2:26-cv-06466-JKS-LDW

**DECLARATION OF HELEN
GRIMES**

I, Helen Grimes, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I execute this declaration in support of Defendant The GEO Group, Inc. ("GEO").  I make this declaration based on my personal knowledge.  I am over the age of 18 and otherwise fully competent to testify as to the matters stated here.

2.      I am the Facility Manager for the Delaney Hall Facility in Newark, New Jersey ("Delaney Hall") and an employee of GEO.  I have been employed by GEO for 26 years.

3.      From 2011 to 2017, GEO operated Delaney Hall in contract with the U.S. Immigration and Customs Enforcement ("ICE") under the supervision of President Barack Obama's Department of Homeland Security.

4.      GEO is contracted to provide secure residential housing and support services in the State of New Jersey pursuant to a contract with ICE, including secure residential housing and support services at the GEO owned Delaney Hall.

1

5.     On February 27, 2025, ICE awarded a 15-year, fixed-price contract to GEO for secure residential support services and the exclusive use of Delaney Hall for the establishment of a federal immigration processing center in Newark, New Jersey.  Consistent with the requirements of GEO's contract with ICE for these services at Delaney Hall (the "ICE Contract"), ICE exercises exclusive control over all access to secure portions of Delaney Hall.

6.     All requests for access to the secure portions of Delaney Hall must obtain pre-clearance approvals from ICE, including all requests for access by federal and state employees, as well as GEO employees.

7.     GEO is without authority to provide access to the secure portions of Delaney Hall absent ICE clearance and approval.

8.     While under President Barack Obama's administration, neither the State of New Jersey—nor any of the governmental entities underneath its supervision—sued GEO in connection with any city, county, or state inspections at Delaney Hall.

9.     Attached as **Exhibit A** is a true and correct copy of the Retail Food Inspection Report issued by the New Jersey Department of Health relating to an inspection which took place at Delaney Hall on May 28, 2026.  The report states that "[o]verall sanitation and physical condition of the production kitchen and warehousing areas were observed to be satisfactory and free from signs of rodent or

2

vermin activity[.]"  The report also notes that the [l]ast local health department inspection was conducted on 4/25/25 which was rated satisfactory."

10.    Attached as **Exhibit B** is a true and correct copy of the Inspection Access Form provided by ICE to the New Jersey Department of Health Deputy Commissioner for Public Health Services, Novneet Sahu, relating to a visit to Delaney Hall on May 28, 2026.  The Inspection Access Form is signed and initialed by ICE representative, Maurice Williams.  It granted access to Novneet Sahu to Delaney Hall, but limited access to the kitchen.

11.    Attached as **Exhibit C** is a true and correct copy of the Inspection Access Form provided by ICE to four representatives from the New Jersey Department of Health, Novneet Sahu, Loel Muetker, Jessica Swift, and Kimberly Jenkins, relating to a visit to Delaney Hall on May 29, 2026.  The Inspection Access Form is signed by ICE representative, Maurice Williams.  It also indicates that ICE denied access to these individuals on this date.

12.    Access to the secure portions of Delaney Hall has always required approval from ICE.  For example, in 2026, between January 1, 2026 and June 2, 2026, there were seventeen separate visits to Delaney Hall by various politicians. Each visit occurred only after approval was obtained from ICE.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of June 2026, in Newark, NJ.

*Helen Grimes*
_____

Helen Grimes