# EXHIBIT A

**New Jersey Department of Health**
**Consumer, Environmental and Occupational Health Service**
**Food and Drug Safety Program**
P.O. Box 369, Trenton, NJ 08625-0369
**609-826-4935**

**RETAIL FOOD INSPECTION REPORT**

**ASSIGNMENT # COMPLAIN INSPECTION**

| License/ID # | Category | Sub-Category | Activity Type | Evaluation |
|---|---|---|---|---|
| | **Retail** | | **Complaint** | **CONDITIONAL** |

| Name of Owner(s), Partnership or Corporation | Trade Name | E-mail Address |
|---|---|---|
| **GEO Group, Inc.** | **DELANEY HALL** | **shaniquah.williams@geogroup.com** |

| Establishment Location (Street Address) | City | Zip Code | County | Telephone No. |
|---|---|---|---|---|
| **451 Doremus Ave** | **Newark** | **07105** | **Essex** | **(973)474-2200** |

| Establishment Mailing Address (if different) | Changes | Revised Information |
|---|---|---|
| **SAME** | | |

| Name of Inspecting Official | REHS Lic. # | Est. Risk Level | Total Hours | Reinspection On or After: |
|---|---|---|---|---|
| **LOEL MUETTER** **JESSICA SWIFT** **HELENA KIM** | **101340** **102134** **102029** | **2** | | **6/11/26** |

### TIME/ACTIVITY REPORT (Codes: 1-Travel, 2-Inspection, 3-Administration, 4-Personal)

| Date | Code | Began | Ended | Date | Code | Began | Ended | Date | Code | Began | Ended |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **5/28/26** | **1** | **1015** | **1030** | **5/28/26** | **2** | **1030** | **1330** | **06/01/2026** | **3** | **1500** | **1600** |
| | | | | | | | | | | | |

### FOODBORNE ILLNESS RISK FACTORS AND INTERVENTIONS

**RISK FACTORS** are improper practices identified as the most common factors resulting in foodborne illness (FBI). **INTERVENTIONS** are control measures to prevent FBI.

*Mark "X" in appropriate Box: IN=In Compliance; OUT=Not in Compliance; NO=Not Observed; NA=Not Applicable; COS=Corrected On-site.  R in OUT Box=Repeat Violation.*

| | MANAGEMENT AND PERSONNEL | IN | OUT | N.O. | N/A | COS |
|---|---|---|---|---|---|---|
| 1 | PIC demonstrates knowledge of food safety principles pertaining to this operation. | ☐ | X | ----- | ----- | ----- |
| 2 | PIC in Risk Level 3 Retail Food Establishments is certified by *January 2, 2010.* | ☒ | | ----- | ☐ | ----- |
| 3 | Ill or injured foodworkers restricted or excluded as required. | ☒ | | ☐ | ----- | ☐ |
| | **PREVENTING CONTAMINATION FROM HANDS** | IN | OUT | N.O. | N/A | COS |
| 4 | Handwashing conducted in a timely manner; prior to work, after using restroom, etc. | ☐ | X | ☐ | ☐ | ☒ |
| 5 | Handwashing proper; duration at least 20 seconds with at least 10 seconds of vigorous lathering. | ☒ | | ☐ | ----- | ☐ |
| 6 | Handwashing facilities provided in toilet rooms and prep areas; convenient, accessible, unobstructed. | ☒ | | ----- | ----- | ☐ |
| 7 | Handwashing facilities provided with warm water; soap and acceptable hand-drying method. | ☒ | | ----- | ----- | ☐ |
| 8 | Direct bare hand contact with exposed, ready-to-eat foods is avoided. | ☒ | | ☐ | ☐ | ☐ |
| | **FOOD SOURCE** | IN | OUT | N.O. | N/A | COS |
| 9 | All foods, including ice and water, from approved sources; with proper records | ☒ | | ----- | ----- | ☐ |
| 10 | Shellfish/Seafood record keeping procedures; storage; proper handling; parasite destruction | ☐ | | ☐ | ☒ | ☐ |
| 11 | PHFs received at 41°F or below.  *Except: milk, shell eggs and shellfish (45°F)* | ☐ | | ☒ | ☐ | ☐ |
| | **FOOD PROTECTED FROM CONTAMINATION** | IN | OUT | N.O. | N/A | COS |
| 12 | Proper separation of raw meats and raw eggs from ready-to-eat foods provided | ☒ | | ----- | ☐ | ☐ |
| 13 | Food protected from contamination | ☒ | | ----- | ----- | ☐ |
| 14 | Food contact surfaces properly cleaned and sanitized | ☐ | X | ☐ | ☐ | ☒ |
| | **PHFs TIME/TEMPERATURE CONTROLS** | IN | OUT | N.O. | N/A | COS |
| 15 | **SAFE COOKING TEMPERATURES** (Internal temperatures for raw animal foods for 15 seconds) *Except: Foods may be served raw or* undercooked in response to a consumer order and for immediate service. **130°F** *for 112 minutes*: Roasts or as per cooking chart found under 3.4(a)2; **145°F**: Fish, Meat, Pork;   **155°F**: Ground Meat/Fish; Injected Meats; or Pooled Shell Eggs; **165°F**: Poultry; Stuffed fish/meat/or pasta; Stuffing containing fish/meat. | ☒ | | ☐ | ☐ | ☐ |
| 16 | **PASTEURIZED EGGS**: substituted for shell eggs in raw or undercooked egg-containing foods, i.e. Caesar salad dressing, hollandaise sauce, tiramisu, chocolate mousse, meringue, etc. | ☐ | | ☐ | ☒ | ☐ |
| 17 | **COLD HOLDING**: PHFs maintained at "Refrigeration Temperatures" (41°F) | ☒ | | ☐ | ☐ | ☐ |
| 18 | **COOLING**: PHFs rapidly cooled from 135°F to 41°F within 6 hours and from 135°F to 70°F within 2 hours. | ☐ | X | ☐ | ☐ | ☐ |
| 19 | **COOLING**: PHFs prepared from ingredients at ambient temperature cooled to 41°F within 4 hours. | ☐ | | ☒ | ☐ | ☐ |
| 20 | **REHEATING**: PHFs rapidly reheated (within 2 hours) in proper facilities to at least 165°F; or commercially processed PHFs heated to at least 135°F prior to hot holding. | ☐ | X | ☐ | ☐ | ☒ |

EHS-8
FEB 13

## RETAIL FOOD INSPECTION REPORT
### (CONTINUED)

**FOODBORNE ILLNESS RISK FACTORS AND INTERVENTIONS**

RISK FACTORS are improper practices identified as the most common factors resulting in foodborne illness (FBI). **INTERVENTIONS** are control measures to prevent FBI.

*Mark "X" in appropriate Box; IN=In Compliance; OUT=Not in Compliance; NO=Not Observed; NA=Not Applicable; COS=Corrected On-site.  R in OUT Box=Repeat Violation.*

| # | | IN | OUT | NO | NA |
|---|---|----|-----|----|----|
| 21 | **HOT HOLDING**: PHFs Hot Held at 135°F or above in appropriate equipment. | ☒ | ☐ | ☐ | ☐ |
| 22 | **TIME as a PUBLIC HEALTH CONTROL**: Approval; written procedures; time marked; discarded in 4 hours. | ☐ | ☐ | ☒ | ☐ |
| 23 | **SPECIALIZED PROCESSING METHODS**: Approval; written procedures; conducted properly. | ☐ | ☒ | ☒ | ☐ |
| 24 | **HIGHLY SUSCEPTIBLE POPULATIONS**: Pasteurized foods used; prohibited foods not offered. | ☒ | ----- | ☒ | ☐ |

**GOOD RETAIL PRACTICES**

**Good Retail Practices** are preventative measures to control the addition of pathogens, chemicals and physical objects into foods.
*OUT= Not in Compliance;  COS=Corrected On-site;  For "Repeat" Violation: Mark "R" in OUT Box*

| # | SAFE FOOD AND WATER / PROTECTION FROM CONTAMINATION | OUT | COS |
|---|------------------------------------------------------|-----|-----|
| 25 | Hot and cold water available; adequate pressure. | | ☐ |
| 26 | Food properly labeled, original container. | | ☐ |
| 27 | Food protected from contamination during preparation, storage, display. | X | ☐ |
| 28 | Utensils, spatulas, tongs, forks, disposable gloves provided and used properly to restrict bare hand contact. | | ☐ |
| 29 | Raw fruits and vegetables washed prior to serving. | | ☐ |
| 30 | Wiping cloths properly used and stored. | | ☐ |
| 31 | Toxic substances properly identified, stored and used. | | ☐ |
| 32 | Presence of insects/rodents minimized: outer openings protected, animals as allowed. | | ☐ |
| 33 | Personal cleanliness (fingernails, jewelry, outer clothing, hair restraint). | | ☐ |

| # | FOOD TEMPERATURE CONTROL | OUT | COS |
|---|--------------------------|-----|-----|
| 34 | Food temperature measuring devices provided and calibrated. | | ☐ |
| 35 | Thin-probed temperature measuring device provided for monitoring thin foods (i.e. meat patties and fish filets). | | ☐ |
| 36 | Frozen foods maintained completely frozen. | | ☐ |
| 37 | Frozen foods properly thawed. | | ☐ |
| 38 | Plant food for hot holding properly cooked to at least 135°F. | | ☐ |
| 39 | Methods for rapidly cooling PHFs are properly conducted and equipment is adequate. | X | ☒ |

| # | EQUIPMENT, UTENSILS AND LINENS | OUT | COS |
|---|--------------------------------|-----|-----|
| 40 | Materials, construction, repair, design, capacity, location, installation, maintenance. | | ☐ |
| 41 | Equipment temperature measuring devices provided (refrigeration units, etc). | | ☐ |
| 42 | In-use utensils properly stored. | | ☐ |
| 43 | Utensils, single service items, equipment, linens properly stored, dried and handled. | | ☐ |
| 44 | Food and non-food contact surfaces properly constructed, cleanable, used. | | ☐ |
| 45 | Proper warewashing facilities installed, maintained, cleaned, used; sanitizer test strips available, used. | | ☐ |

| # | PHYSICAL FACILITIES | OUT | COS |
|---|---------------------|-----|-----|
| 46 | Plumbing system properly installed; safe and in good repair; no potential backflow or backsiphonage conditions. | | ☐ |
| 47 | Sewage and waste water properly disposed. | | ☐ |
| 48 | Toilet facilities are adequate, properly constructed, properly maintained, supplied and cleaned. | | ☐ |
| 49 | Design, construction, installation and maintenance proper-floors/walls/ceilings. | | ☐ |
| 50 | Adequate ventilation; lighting; designated areas used. | | ☐ |
| 51 | Premises maintained free of litter, unnecessary articles, cleaning and maintenance equipment properly stored; and garbage and refuse properly maintained. | | ☐ |
| 52 | All required signs (handwashing, inspection placard, etc) provided and conspicuously posted. | | ☐ |

| Item # | NJAC 8:24 | Remarks  ("R" = Repeat Deficiency) |
|--------|-----------|------------------------------------|
| 1 | 2.4(a) | The Person in Charge (PIC) failed to ensure food employees were properly trained and monitored regarding approved cooling procedures. As a result, food products were subjected to time/temperature abuse due to improper cooling practices, creating a potential food safety risk and demonstrating inadequate managerial control over food operations. |
| 4 | 3.2(a) | Two garbage containers in the prep area were observed fully covered during food tray plating. Several staff were observed touching the garbage container openings while disposing of waste, creating a potential for hand contamination during food service. Staff were directed to wash hands immediately. *COS* |
| 18 | 3.5(d)1 | Two covered stainless steel trays containing chicken stew were observed stacked in the walk- |

**RETAIL FOOD INSPECTION REPORT**
**(Continued)**

| Item # | NJAC 8:24 | Remarks ("R" = Repeat Deficiency) |
|---|---|---|
| | | in cooler with a product temperature ranging from 50 to 57°F. Review of the product label and staff interview determined the product was improperly cooled after service the previous evening. *The affected food items were voluntarily discarded, and immediate onsite training was provided by NJDOH to onsite staff on proper cooling methods.* |
| 20 | 3.4(f) | Individual frozen meals meatballs in the hot holding unit were observed with an internal product temperature of 118°F. Products were immediately reheated in the microwave to achieve product temperature above 165°F. |
| 39 | 3.5(d)1 | The firm was found not following proper procedures for rapidly cooling potentially hazardous food items after cooking. E.g. Cooked chicken stew was not cooled in accordance with required time and temperature parameters.  (Voluntarily discarded all improperly cooled trays of chicken stew) *COS* |
| 27 | 3.3 (r) | Storing cases of soda in same closet next to chemicals |
| 14 | 4.8 (j) | Chemical sanitizer measured below proper concentration when run through the mechanical dishwasher (chemical level was full in container; a few cycles were ran through machine and concentration was tested at 200 ppm chlorine)  *COS* |

Food Temperatures Survey (°F)

| | Hot holding | Cold holding |
|---|---|---|
| Beef patties | 159 | |
| Fries | 145 | |
| Black beans | 180 | |
| Onions | 173 | |
| Meatballs | 118* | |
| Cheese | | 41 |
| Milk | | 38,39 |
| Chicken stew | | 50 to 57* |

Note: All hot and cold holding units were noted with proper ambient temperatures.

SUMMARY OF OPERATIONS
On May 28, 2026, the New Jersey Department of Health (NJDOH) team conducted a visit to the Delaney Hall Newark kitchen operated under GEO Group.

During the visit, the NJDOH team of REHS's and Deputy Commissioner Dr. Novneet Sahu, was accompanied by Ms. Shaniqua Williams, Fire and Safety Manager, and Mr. Shawn Jones, Food Service Manager (Serv Safe Manager certification exp 3/4/31).

EHS-8
FEB 13

## RETAIL FOOD INSPECTION REPORT
### (Continued)

| Item # | NJAC 8:24 | Remarks ("R" = Repeat Deficiency) |
|--------|-----------|-----------------------------------|

The production kitchen was observed to be fully equipped with commercial-grade industrial food service equipment to support its food service operations.

Equipment observed included, but was not limited to, convection ovens, numerous hot holding units, walk-in coolers (37°F), walk-in freezers, ice making machine, microwave oven, and a low-temperature dishwashing machine utilizing a chlorine sanitizer which was measured at 200 ppm. On first pass mechanical dishwasher wasn't drawing chemical into rinse cycle, our team discussed ensuring staff know to run a few cycles and ensure chemicals are at an effective concentration to sanitize dishes.
>    *It is requested that the facility keeps a daily log to ensure the level of chemical sanitizer is being maintained properly.*

HVAC vent covers noted in kitchen and storage areas appeared to be clean and free from dust buildup.
Staff provided an overview of operational workflow, equipment usage, and general facility functions during this site visit.

Three sample meals are kept after each meal served and held for three additional days.  These are held for traceability and testing in case of a potential foodborne outbreak.
Pest control services are provided weekly by Horizon Pest Control, with the most recent service conducted on May 21, 2026.

Overall sanitation and physical condition of the production kitchen and warehousing areas were observed to be satisfactory and free from signs of rodent or vermin activity at the time of this inspection.

Last local health department inspection was conducted on 4/25/25 which was rated satisfactory.

Facility provides Halal and Kosher meals for those who have religious exemptions including vegetarian options.  Food is received weekly (as they do not have a lot of storage) from distributors and all boxes in storage were dated with receiving date.

DISCUSSION WITH MANAGEMENT
Although immediate onsite training and education regarding proper cooling procedures were provided by NJDOH staff, the Person in Charge (PIC) failed to demonstrate adequate active managerial control and oversight of food employees. This lack of supervision resulted in improper time and temperature control practices and the presence of temperature-abused food products.

Mr. Shawn Jones, Food Service Manager, was advised to retrain all food employees on critical food safety practices, with particular emphasis on proper cooking temperatures, cooling procedures, hot holding requirements, temperature monitoring, and corrective actions when temperature deviations occur. The facility must ensure that food employees consistently follow approved procedures to prevent the recurrence of these violations.

The completed inspection report and NJ Department of Health Conditionally Satisfactory Rating Placard were emailed to Ms. Shaniqua Williams, Fire and Safety Manager, for review and corrective action.

| Name of Inspecting Official | Signature of Inspecting Official | Name and Title of Person Receiving Copy of Report |
|-----------------------------|----------------------------------|---------------------------------------------------|
| **Muetter, Swift, Kim** | *Loel Muetter* | **Shaniquah Willams, Fire & Safety Manager** |
| | *Jessica R Swift* | |
| | *Helena Kim* | |