## UNITED STATES DISTRICT COURT
## OF NEW JERSEY

-------------------------------------------------------------- x

DR. RAYNARD E. WASHINGTON, in
his official capacity as Commissioner of
the NEW JERSEY DEPARTMENT OF
HEALTH,

                Plaintiff,

       - against -

THE GEO GROUP, INC.,

                Defendant.

-------------------------------------------------------------- x

No. 2:26-cv-06466-JKS-LDW

**DECLARATION OF DANIEL RAGSDALE**

I, Daniel Ragsdale, declare under 28 U.S.C. § 1746 as follows:

1.     I execute this declaration in support of Defendant The GEO Group, Inc. ("GEO").  I make this declaration based on my personal knowledge.  I am over the age of 18 and otherwise fully competent to testify as to the matters stated here.

2.     I am the Senior Vice President, Contract Administration and Compliance and an employee of GEO.  I have been employed by GEO for 9 years.

3.     GEO is contracted to provide secure residential housing and support services in the State of New Jersey pursuant to a contract with U.S. Immigration and Customs Enforcement ("ICE"), including secure residential housing and support services at the GEO owned Delaney Hall.

4.     Consistent with the requirements of GEO's contract with ICE for secure residential services at Delaney Hall (the "ICE Contract"), ICE exercises exclusive control over all access to secure portions of Delaney Hall.

1

5.     The below images are true and correct screenshots taken from the governing ICE Contract, most recently amended on June 10, 2026:

---

**1.1.     Background And Mission**

ICE is responsible for the detention, health, welfare, transportation, and deportation of aliens in removal proceedings, and those subject to a final order of removal from the U.S.

The mission of ERO is to identify, arrest, and remove aliens, who present a danger to national security or are a risk to public safety, as well as those who enter the U.S. illegally or otherwise undermine the integrity of immigration laws and border control efforts.

In implementing its mission, ERO is responsible for carrying out all orders for the securing and departure activities of aliens who are designated in removal proceedings and for arranging for the detention of aliens when such becomes necessary and prescribed by law.

**1.2.     Scope Of Work**

…

The detention federal facility shall provide safe and secure conditions of confinement based on the individual characteristics of a diverse population, including threat to the community, risk of flight, type and status of immigration proceeding, community ties, medical and mental health issues. The detention center shall provide easy access to legal services; abundant natural light throughout the federal facility; ample indoor and outdoor recreation that allows for vigorous aerobic exercise with extended hours of availability - a minimum of four hours per day of outdoor recreation; private showers and restrooms (where practicable); cafeteria style meal service or satellite feeding; non-institutional alien clothing; contact visitation (if applicable), including special arrangements for visiting families, with extended hours including nights and weekends; private areas for attorney-client visits, with video teleconferencing capabilities; noise control; enhanced, but controlled freedom of movement (although the manner and degree of implementation may vary based on security levels); enhanced law library and legal resources (including computers with limited web access); and enhanced programming, including religious services and social programs and dedicated space for religious services.

Detention services shall be performed in accordance with the most current version of the ICE National Detention Standards (NDS) 2026. The current version is available at https://www.ice.gov/detain/detention-management. The contractor shall also abide by the March 7, 2014, DHS regulation under the Prison Rape Elimination Act of 2003 (PREA; P.L. 108-79), *Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities* (DHS PREA Standards) available at https://www.gpo.gov/fdsys/pkg/FR-2014-03-07/pdf/2014-04675.pdf.

---

2

If any conflicts between federal, state, or local laws or rules arise, the federal rules shall be followed. Nothing in this performance work statement is intended to, or shall be construed to be, a waiver of federal supremacy or the immunity of the Government or its support-service provider, the contractor. Otherwise, applicable or more stringent state or local laws or regulations shall not apply to the performance under this contract when they would directly or indirectly regulate, dictate, or control the support-service provider's performance under these standards.

In the event a lawsuit is filed against the contractor, in which any claim or allegation contests the legality or propriety of the contractor's performance of its obligations under the contract or a lawsuit is filed as a result of an alleged administrative error, omission, or intentional act of the Federal Government, ICE, if it determines the contractor abided by the terms of this contract during the activity alleged in such lawsuit, will promptly request, and use reasonable efforts to endorse, and recommend that the United States Department of Justice (DOJ), as appropriate, should, but is not limited to, move to either have the contractor dismissed from such suit; have ICE substituted as the proper party defendant; or to have the case removed to a court of proper jurisdiction. ICE will request, endorse, and use reasonable efforts to recommend that DOJ assume responsibility for the defense of any lawsuit described above. The parties acknowledge DOJ assuming responsibility for the defense of any lawsuit arising from the contractor's performance under this contract is solely at the discretion of DOJ and nothing in this contract limits the discretion of DOJ on any litigation matters. The parties further acknowledge that nothing in this contract provides that the contractor or its employees acting under this contract are employees of the Government for wrongful acts or omissions committed by the contractor or its employees. Consistent with federal law including statutes of limitations, the Defense of Suit as outlined in this paragraph will apply even after the contract concludes, in cases where a lawsuit is filed against the contractor for services performed under this contract.

The contractor shall be responsible for obtaining and maintaining ACA ALDF accreditation. Conformance with the ACA ALDF Standards is required on the first day of contract performance and accreditation shall be obtained within 18 months from contract award. If the federal facility is already accredited, reaccreditation shall occur as required by ACA.

The contractor shall furnish all personnel, management, equipment, supplies, training, certification, accreditation, and services necessary for performance of all aspects of the contract. Unless explicitly stated otherwise, the contractor is responsible for all costs associated with and incurred as part of providing the services outlined in this contract.

The contractor shall provide fully operational radios assigned to each detention officer (including relief officers). The contractor shall maintain a serviceable, in stock, back up quantity of radios that are adequate for all staff and enough to cover backup staff and/or repairs and downtime.

The contractor will provide for the secure custody, care, and safekeeping of aliens in accordance with federal laws, standards, policies, procedures for firearms requirements, or court orders applicable to the operations of the federal facility.

## 1.15.8. Visitation

The federal facility's perimeter will ensure that aliens remain within, and that public access is denied without proper authorization. Visitation and/or tours of the federal facility shall be conducted in accordance with the relevant provisions of NDS 2026 or as directed by ICE. For the safety and privacy of the aliens, no videotaping or audio recording devices are permitted by visitors or others (including contractor employees) within the secure perimeter without prior approval from ICE. This prohibition does not include, approved closed-circuit television cameras operated by the contractor or the Government for security purposes.

### 1.16.1.  Security and Control (General)

The contractor shall maintain a copy of federal facility post orders for employee review within the areas of assignment and shall initiate responses to any incidents as outlined in the post orders. Contractor employees shall write reports of incidents as outlined in the post orders.

The contractor shall operate and control all designated points of access and egress on the site, such as, housing units, courtrooms, medical facilities, and hold rooms. The contractor shall inspect all packages in accordance with ICE procedures. The contractor shall comply with ICE security plans.

The contractor shall adhere to local operating procedures within each federal facility.

The contractor shall provide, install, and maintain a building access control system in all ICE and/or DOJ administrative space. The contractor shall provide the Government administrative access and oversight role for system. The contractor shall comply with ICE security plans.

### 1.16.3.  Unauthorized Access

The contractor shall detect and detain persons attempting to gain unauthorized access to the site(s) identified in this contract.

### 1.16.16.    ICE/ERO Control Over Federal Facility Access

Pre-clearance approval from ICE/ERO is required for any person or entity to have access to ICE field staff, facilities and information, including any proposed law enforcement officer visits.  All requests must be submitted in accordance with the requirements found at www.ice.gov/leadership/ocr.  At facilities that house detainees for both ICE and the U.S. Marshals Service, inquiries regarding each agencies detainees will be directed to agency responsible for the detainee.

All requests by NGOs and other stakeholders (which include, but are not limited to, intergovernmental entities, state and local governmental agencies, and members of academia, for tours or visits (including combined tour-and-visits events) must be submitted in writing to the local ICE/ERO Field Office. Tour requests should not be directed to the federal facility.

Any such requests received by the federal facility shall be forwarded to the Field Office for review. When deciding whether to approve or deny the request, the Field Office Director, or his or her designee, will take into consideration safety and security, and the availability of personnel to staff the tour or visit. All tour or visit participants will be expected to submit personal information required by applicable ICE policies, so the Field Office can perform background checks as necessary.

4

**1.21.1.2.    Preliminary Fitness Determination**

ICE will exercise full control over granting, denying, withholding or terminating unescorted Government facility and/or sensitive Government information access for Contractor applicants/employees, based upon the results of a Fitness screening process. ICE may, as it deems appropriate, authorize and make a favorable expedited preliminary Fitness determination based on preliminary security checks. The preliminary Fitness determination will allow the Contractor employee to commence work temporarily prior to the completion of a Full Field Background Investigation. The granting of a favorable preliminary Fitness shall not be considered as assurance that a favorable final Fitness determination will follow as a result thereof. The granting of preliminary Fitness or final Fitness shall in no way prevent, preclude, or bar the withdrawal or termination of any such access by ICE, at any time during the term of the contract. No employee of the Contractor shall be allowed to enter on duty and/or access sensitive information or systems without a favorable Fitness determination by the Office of Professional Responsibility (OPR), Personnel Security Division (PSD). No employee of the Contractor shall be allowed unescorted access to a Government facility without a favorable Fitness determination by OPR PSD. Contract employees are processed under DHS Instruction 121-01-007-01, or successor thereto; those having direct contact with Detainees will also have 6 CFR § 115.117 considerations made as part of the Fitness screening process. The Contractor will notify OPR PSD, via the COR providing an ICE Form 50-005, Contractor Employee Separation Clearance Checklist, of all terminations/resignations of Contractor employees under the contract within five days of occurrence to the ███████████████████████████████ group box. The Contractor CORs will submit reports to █████████████████████████████ no later than the 10th day of each January, April, July and October.

Contractors, who are involved with management and/or use of information/data deemed "sensitive" to include 'law enforcement sensitive" are required to complete the DHS Form 11000-6-Sensitive but Unclassified Information Non-Disclosure Agreement (NDA) for Contractor employee access to sensitive information. Any unauthorized disclosure of information should be reported to ████████████████████.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of June 2026, in Boca Raton, Florida.

Daniel Ragsdale

5