

**United States Department of Justice**
*Civil Division*
*Enforcement & Affirmative Litigation Branch*
*Post Office Box 386*
*Washington, D.C. 20044-0386*
*Tel: (202) 451-7488*
*Email: robert.o.lindefjeld@usdoj.gov*

**VIA CM/ECF**

Hon. Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

>        Re: *Dr. Raynard E. Washington v. The GEO Group, Inc.*, (Docket No.
>              2:26-cv-06466-JKS-LDW)

Dear Judge Semper:

The United States respectfully submits the following response to the Plaintiff's letter of June 25, 2026 (ECF No. 17), pursuant to the authorities cited in the Statement of Interest by the United States filed on June 12, 2026 (ECF No. 8).

Once again, New Jersey appears more interested in prioritizing politics over process, rushing to the media even before the Court after Wednesday's inspection of the Delaney Hall facility. *See ICYMI: Governor Sherrill, Attorney General Davenport, Health Commissioner Issue Statement After Health Inspectors Are Prevented from Conducting a Full Inspection* (June 24, 2026), https://www.nj.gov/health/news/2026/approved/20260624a.shtml. United States Immigration and Customs Enforcement ("ICE") continued the discussions with the State mentioned in the Statement of Interest (ECF No. 8, at 4) and authorized access to the facility for a reasonable and appropriate inspection pursuant to the State's written request.

The United States disagrees with numerous characterizations in Plaintiff's letter and the State's press release regarding that inspection. In any event, ICE conveyed to the State's inspectors that any follow-up requests for written materials or access to the facility must be submitted in writing pursuant to the same procedures as the State's initial request. On June 26, ICE received a follow-up request from the State seeking documents and an inspection next week, responded that the request is under consideration, and is actively considering the request.

For the reasons set out in the United States' Statement of Interest and, now, the additional reason that the State has been provided access to Delaney Hall, the United States respectfully maintains that the State's requested relief from this Court should be denied.

We will continue to update the Court as appropriate .

Thank you for your consideration of this matter.

Very Respectfully,

/s/ *Robert O. Lindefjeld*
Robert O. Lindefjeld
Assistant Director,
Enforcement & Affirmative Litigation Branch