

**United States Department of Justice**
*Civil Division*
*Enforcement & Affirmative Litigation Branch*
*Post Office Box 386*
*Washington, D.C. 20044-0386*
*Tel: (202) 451-7488*
*Email: robert.o.lindefjeld@usdoj.gov*

July 6, 2026

**VIA CM/ECF**

Hon. Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re: *Washington v. The GEO Group, Inc.*, No. 2:26-cv-06466-JKS-LDW
>     Extension Request

Dear Judge Semper:

The United States Government Defendants U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, Markwayne Mullin, David J. Venturella, and the United States of America (collectively "U.S. Government Defendants") respectfully request an extension of time to respond to the Order To Show Cause [ECF 21]. In accordance with Federal Rule of Civil Procedure 12(a)(2), Defendants request sixty (60) days after service of the Complaint under Rule 4(i) upon the U.S. Government Defendants within which to respond to both the Order to Show Cause and the Amended Complaint in an omnibus submission. Alternatively, the U.S. Government Defendants request a three-week extension of the deadline stated in Text Order ECF 21, whereby the U.S. Government Defendants would have until July 28, 2026 to respond to the Order to Show Cause and 60 days to answer or otherwise respond to the Amended Complaint. In support of this requested extension, the U.S. Government Defendants state as follows:

1.      On June 29, 2026, Plaintiff Dr. Raynard E. Washington filed an Amended Complaint [ECF 19], adding the U.S. Government Defendants to his currently pending lawsuit against Defendant The GEO Group, Inc. In the single-count Amended Complaint [ECF 20], Plaintiff does not allege any wrongful or redressable conduct by the U.S. Government Defendants. Instead, Plaintiff requests an alternative order, "if the Court deems it necessary for the Order to run against all Defendants to effectuate relief," directing the U.S. Government Defendants to provide Plaintiff with "full access" to federal government property. ECF 20 at 19.

2.      Federal Rule of Civil Procedure 12(a)(2) grants the federal government sixty (60) days after service of a federal Complaint within which to respond to allegations made against it. FED. R. CIV. P. 12(a)(2). To date, it is our understanding that Plaintiff has not effected service of

the Amended Complaint against any of the U.S. Government Defendants and has not filed executed summonses on the docket.

3.      On June 30, 2026, this Court ordered all Defendants, including the U.S. Government Defendants, to Show Cause on or before July 7, 2026 as to why Plaintiff's Prayer for Relief in the Amended Complaint should not be granted. [ECF No. 21].

4.      Good cause exists for the U.S. Government Defendants' request for an extension of time because:

a.      Given the lack of service of the Amended Complaint [ECF 20], the U.S. Government Defendants believe that more time is provided under the Federal Rules of Civil Procedure, specifically by Federal Rule of Civil Procedure 12(a)(2).

b.      Productive mediation in this case is still ongoing, and now that the U.S. Government Defendants have been added as parties to this lawsuit, the U.S. Government Defendants will actively participate in the mediation and believe that more time should be provided for productive discussions to continue. The U.S. Government Defendants participated in a mediation on July 2, 2026 and believe this case can be resolved amicably and can report that progress with the mediator is being made. A second mediation has been scheduled for July 8, 2026, and the U.S. Government Defendants will actively participate in that session as well.

c.      Given that this case is now under the posture of a defensive action, the U.S. Department of Justice will be reassigning the matter to a different litigation team to defend the case as needed.  The U.S. Department of Justice needs time to transfer the case to different counsel and believes the time afforded by Federal Rule of Civil Procedure 12(a)(2) will be sufficient.

d.      The U.S. Government Defendants have not previously requested an extension of time in this case.

e.      Finally, for personal reasons, the undersigned was not in a position over the Fourth of July holiday weekend to reschedule his family commitments and to provide an abrupt and complete legal defense to the Plaintiff's Amended Complaint filed only a few days earlier.

5.      Based on the foregoing, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the U.S. Government Defendants have demonstrated good cause to extend the time to respond to the Order to show cause.

6.    The undersigned counsel for the U.S. Government Defendants conferred with Plaintiff's counsel and counsel for The GEO Group, Inc. Counsel for Plaintiff Dr. Raynard E. Washington has consented to a two-week extension, and counsel for Co-Defendant The GEO Group, Inc. has requested the same extension of time as the U.S. Government Defendants.

7.    The undersigned counsel for the U.S. Government Defendants apologizes for the short notice of this extension request, prompted by the Court's shortened deadline and the intervening Fourth of July holiday weekend.

8.    A proposed Order granting the present request is attached hereto.

WHEREFORE, the U.S. Government Defendants respectfully request that this Court grant their request for an extension of time to respond to the Order To Show Cause.

## CERTIFICATION

I certify that the undersigned has conferred with counsel for Plaintiff Dr. Raynard E. Washington and counsel for Co-Defendant The GEO Group, Inc. regarding the requested extension of time until sixty (60) days after service of the Amended Complaint for the U.S. Government Defendants to respond to the Complaint or, alternatively, a three-week extension until July 28, 2026.

Very Respectfully,

/s/ *Robert O. Lindefjeld*
Robert O. Lindefjeld
Assistant Director,
Enforcement & Affirmative Litigation Branch

U.S. Government Extension Request                                              Page 4 of 4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Robert O. Lindefjeld
Assistant Director
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044-0386
Telephone: (202) 451-7488
Email: robert.o.lindefjeld@usdoj.gov