

**United States Department of Justice**
*Civil Division*
*Enforcement & Affirmative Litigation Branch*
*Post Office Box 386*
*Washington, D.C. 20044-0386*
*Tel: (202) 451-7488*
*Email: robert.o.lindefjeld@usdoj.gov*

July 23, 2026

**VIA CM/ECF**

Hon. Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102



# ORDER

Re: *Washington v. The GEO Group, Inc.*, No. 2:26-cv-06466-JKS-LDW
        Extension Request

Dear Judge Semper:

The United States Government Defendants U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, Markwayne Mullin, David J. Venturella, and the United States of America (collectively "U.S. Government Defendants") respectfully request a two-week extension of time to respond to the Order To Show Cause [ECF 21], until August 11, 2026.

Both Plaintiff Dr. Washington and Co-Defendant The GEO Group, Inc. consent to this request. Counsel for Co-Defendant GEO Group has requested the same extension of time as the U.S. Government Defendants.

We respectfully submit that good cause exists for this extension request. Productive mediation in this case is still ongoing, and extending the time to respond to the Court's order will allow for those discussions to continue. In addition to the initial July 2, 2026 mediation, the U.S. Government Defendants have actively participated in mediation sessions on July 8, 2026 and July 21, 2026. A fourth mediation session is being scheduled for Monday or Tuesday of next week, and the U.S. Government Defendants will actively participate in that session as well.

These inspections could affect the scope of the U.S. Government's response to the Court's order and/or narrow the issues before the Court.

Additionally, the State effected service of the Amended Complaint [ECF 20] on July 8, 2026. *See* ECF 28–32. Accordingly, U.S. Government Defendants' response ordinarily would be due on September 8, 2026. *See* Fed. R. Civ. Proc. 12(a)(2).

U.S. Government Extension Request                                    Page 2 of 2

      The U.S. Government Defendants have previously requested one extension of time regarding the Order To Show Cause [ECF 21, 24], which the Court granted on July 7, 2026 [ECF 26].

Very Respectfully,

/s/ *Robert O. Lindefjeld*
Robert O. Lindefjeld
Assistant Director,
Enforcement & Affirmative Litigation Branch

**In light of Defendants' extension request, the scheduled in-person status conference on August 10, 2026, is ADJOURNED.**

**So Ordered:**

/s/ *Jamel K. Semper*
**Hon. Jamel K. Semper**
**U.S. District Judge**

**Dated: July 24, 2026**