

**Geoffrey Brounell**
212-603-6404 tel
212-379-5243 fax

GeoffreyBrounell@dwt.com

July 31, 2026

*Via ECF*

\*\* GEO shall answer, move, or otherwise respond to the Amended Complaint on or before **September 8, 2026**.

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** _____8/3/2026_____

Honorable Leda D. Wettre
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    *Dr. Raynard E. Washington v. The GEO Group, Inc.*, Case No. 2:26-cv-6466-JKS-LDS

Dear Judge Wettre:

I represent GEO in the above-captioned litigation and write to respectfully request that the Court adjourn the date by which GEO must respond to the Amended Complaint as the earlier of either (1) the date on which its response to the pending Order to Show Cause is due—which is currently set as August 11, 2026—or (2) the date on which the United States Government Defendants must respond to the Amended Complaint—which is currently September 8, 2026.\*\*

On July 24, 2026, the Court most recently granted Defendants an extension to respond to the Order to Show Cause until August 11, 2026.  (ECF No. 34.)  That order did not explicitly address the date by which GEO must respond to the Complaint, however.  The United States Government Defendants' current deadline to respond to the Amended Complaint is currently docketed as September 8, 2026.  (ECF Nos. 28-32.)

GEO makes this request to streamline any future proceedings before the Court if the parties are unable to resolve the dispute.

Counsel for Plaintiff consents to this request.

Respectfully submitted,

Davis Wright Tremaine LLP

*s/ Geoffrey S. Brounell*

CC:  All Counsel of Record (*via ECF*)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.