

**United States Department of Justice**
*Civil Division*
*Enforcement & Affirmative Litigation Branch*
*Post Office Box 386*
*Washington, D.C. 20044-0386*
*Tel: (202) 451-7488*
*Email: robert.o.lindefjeld@usdoj.gov*

August 7, 2026

**VIA CM/ECF**

**ORDER**

Hon. Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *Washington v. The GEO Group, Inc.*, No. 2:26-cv-06466-JKS-LDW
Extension Request

Dear Judge Semper:

The United States Government Defendants U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, Markwayne Mullin, David J. Venturella, and the United States of America (collectively "U.S. Government Defendants") respectfully request a two-week extension of time to respond to the Order To Show Cause [ECF 21], until August 25, 2026.

Both Plaintiff Dr. Washington and Co-Defendant The GEO Group, Inc. consent to this request. Counsel for Co-Defendant GEO Group has requested the same extension of time as the U.S. Government Defendants.

We respectfully submit that good cause exists for this extension request. Productive mediation in this case is still ongoing, and extending the time to respond to the Court's order will allow for those discussions to continue. In addition to the initial July 2, 2026 mediation, the U.S. Government Defendants have actively participated in mediation sessions on July 8, 2026, July 21, 2026, and August 6, 2025. The parties are currently finalizing the inspection requested by Plaintiff to be held the week of August 10, 2026.

It is the hope of the Federal Government Defendants that this inspection will affect the scope of the U.S. Government's response to the Court's order and/or narrow the issues before the Court.

Additionally, the State effected service of the Amended Complaint [ECF 20] on July 8, 2026. *See* ECF 28–32. Accordingly, U.S. Government Defendants' response to the Amended Complaint would ordinarily be due on September 8, 2026. *See* Fed. R. Civ. Proc. 12(a)(2).

U.S. Government Extension Request

Page 2 of 2

The U.S. Government Defendants have previously requested two extensions of time regarding the Order To Show Cause [ECF 24, 33], which the Court granted on July 7, 2026 [ECF 26] and July 24, 2026 [ECF 34], respectively.

Very Respectfully,

/s/ *Robert O. Lindefjeld*
Robert O. Lindefjeld
Assistant Director,
Enforcement & Affirmative Litigation Branch

So Ordered:

Hon. Jamel K. Semper
U.S. District Judge

Dated: August 10, 2026