MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
Director

August 26, 2026

**ORDER**

**VIA CM/ECF**
Hon. Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *Dr. Raynard E. Washington v. The GEO Group, Inc.*. (Docket No. 2:26-cv-06466-JKS-LDW)

This office represents the Plaintiff, Dr. Raynard E. Washington, Commissioner of the New Jersey Department of Health, in the above-referenced matter.

We are in receipt of The GEO Group's ("GEO") Motion to Dismiss and Opposition to Plaintiff's Order to Show Cause (ECF 39 and 40, respectively) and the Federal Defendants' Motion to Dismiss and Opposition to Plaintiff's Order to Show Cause (ECF 41), each of which was filed on August 25, 2026. The parties have been making meaningful progress in the ongoing mediation in this matter, and they are planning to move forward with an interim inspection of the Delaney Hall facility on September 4, 2026. In light of that forthcoming inspection, and the fact that GEO and the Federal Defendants received multiple extensions of the time to respond to Plaintiff's Order to Show Cause (*see* ECF 26, 34, 36, and 38), Plaintiff respectively requests an extension of the time to file a reply in support of its Order to Show Cause and an opposition to GEO's and the Federal Defendants' Motions to Dismiss until October 8, 2026. Counsel for GEO and counsel for the Federal Defendants have consented to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Eric Apar
Eric Apar
*Assistant Attorney General*

**So Ordered:**

*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper**
**U.S. District Judge**

**Dated: September 1, 2026**