MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
Director

September 16, 2026

**VIA CM/ECF**

# ORDER

Hon. Jamel K. Semper, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *Dr. Raynard E. Washington v. The GEO Group, Inc.*. (Docket No. 2:26-cv-06466-JKS-LDW)

This office represents the Plaintiff, Dr. Raynard E. Washington, Commissioner of the New Jersey Department of Health, in the above-referenced matter. In light of the meaningful progress that the parties having been making in the ongoing mediation in this matter, including the recent interim inspection conducted on September 4, 2026, Plaintiff respectively requests a one-month extension of the time to file a reply in support of its Order to Show Cause and an opposition to The GEO Group's ("GEO") and the Federal Defendants' Motions to Dismiss (ECF 39 and 41) until November 9, 2026. Counsel for GEO and counsel for the Federal Defendants have consented to this request. Thank you for your consideration of this matter.

**So Ordered:**

*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper**
**U.S. District Judge**

**Dated: September 30, 2026**

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Eric Apar
Eric Apar
*Assistant Attorney General*